Form B203                                            2005 USBC, Eastern District of Virginia

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Jin Hyun Ju**                                        Case No.   **12-13725**
                                      Debtor(s)                           Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $ **3,300.00** |
   | Prior to the filing of this statement I have received | $ **1,000.00** |
   | Balance Due | $ **2,300.00** |

2. $ **281.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other *(specify)*

4. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other *(specify)*

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. Other provisions as needed:
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Chapter 13 cases: counsel elects Appendix F, paragraph 4(b) for fees.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

Form B203 - Continued                                                                                                     2005 USBC, Eastern District of Virginia

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 17, 2012** | **/s/ Jeremy Huang** |
| *Date* | **Jeremy Huang** |
| | *Signature of Attorney* |

**ROWE BARNETT PLLC**
*Name of Law Firm*
**5906 Hubbard Drive**
**Suite 4-A**
**Rockville, MD 20852**
**301-770-4710   Fax: 301-770-4711**

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $3,000</u>*
*(For all Cases Filed on or after 10/17/2005)*
**NOTICE TO DEBTOR(S) AND STANDING TRUSTEE**
**PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)**

    Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

**PROOF OF SERVICE**

    The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

| | |
|---|---|
| **July 17, 2012** | **/s/ Jeremy Huang** |
| *Date* | **Jeremy Huang** |
| | *Signature of Attorney* |

## United States Bankruptcy Court
**Eastern District of Virginia**

In re **Jin Hyun Ju**                                                                 Case No. **12-13725**

                                    Debtor(s)                                         Chapter **13**

### CERTIFICATE OF SERVICE

I hereby certify that on **July 17, 2012**, a copy of **Compensation Statement of Attorney** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Amex**
**Bank Of America**
**Bank Of America**
**Bank Of America, N.A.**
**Cap One**
**Chase**
**Citi**
**Citi**
**Discover Bank**
**E*Trade**
**Midland Fund**
**Pncbank**
**Pncbank**
**Suntrust Bk**

                                                              **/s/ Jeremy Huang**
                                                              **Jeremy Huang**
                                                              **ROWE BARNETT PLLC**
                                                              **5906 Hubbard Drive**
                                                              **Suite 4-A**
                                                              **Rockville, MD 20852**
                                                              **301-770-4710 Fax:301-770-4711**
                                                              **interoffice@rowepllc.com**